SILER *et al.*, AS RAILROAD COMMISSION, *v.* ILLINOIS
CENTRAL RAILROAD COMPANY.

SAME *v.* SOUTHERN RAILWAY COMPANY IN
KENTUCKY.

SAME *v.* CINCINNATI, NEW ORLEANS AND TEXAS
PACIFIC RAILWAY COMPANY.

APPEALS FROM THE CIRCUIT COURT OF THE UNITED STATES FOR
THE EASTERN DISTRICT OF KENTUCKY.

Nos. 522, 523, 524.   Argued February 24, 25, 26, 1909.—Decided April 5,
1909.

Decided on authority of *Siler* v. *Louisville & Nashville Railroad, ante,*
p. 175.

THESE cases involved the same questions as were involved
the preceding case and were argued simultaneously there-
with.[1]

*Mr. C. C. McChord* and *Mr. Robert H. Winn,* with whom
*Mr. James Breathitt,* Attorney General of Kentucky, was on
the brief, for the appellants.

*Mr. Henry L. Stone* for appellee in No. 521.

*Mr. E. F. Trabue,* with whom *Mr. John C. Doolan* and *Mr.
Jacob M. Dickinson* were on the brief, for appellee in No. 522.

*Mr. Alexander Pope Humphrey* submitted a brief for appellee
in No. 523.

*Mr. John Galvin,* with whom *Mr. Edward Colston* was on the
brief, for appellee in No. 524.

---

[1] For abstracts of arguments see, *ante,* p. 183.

MR. JUSTICE PECKHAM. The above-entitled cases raise the same question that is decided in Louisville and Nashville Railroad Company, *supra*, and, upon its authority, the decrees in the above cases are

*Affirmed.*